**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

9/25/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRINIVASAN VENKATARAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANDI TECHNOLOGIES GROUP, INC., XIAOMING HU, CHENG WANG, BING MEI, LIMING CHEN, JERRY LEWIN and HENRY YU,<br><br>Defendants. | Case No.: CV 20-05171-CJC (AFMx)<br><br>**ORDER TRANSFERRING VENUE (DKT. 21)** |

The Court, having considered the parties' Stipulation to Transfer Venue, and good cause appearing, hereby **GRANTS** the Stipulation and orders as follows:

1. This case is hereby transferred to the United States District Court for the Southern District of New York.

DATED: September 25, 2020    _____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE